# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**February 9, 2010**

| | | |
|---|---|---|
| 28450 | Jenkins v. Allen | Affirmed in Part, Vacated in Part and Remanded |

**February 17, 2010**

| | | |
|---|---|---|
| 29537 | Enocencio v. State, Dept. of Human Services | Affirmed |
| 28784 | State v. Calucag | Affirmed |
| 29591 | State v. Obata | Affirmed |

**February 18, 2010**

| | | |
|---|---|---|
| 29700 | State v. Giron | Reversed |
| 29677 | State v. Pacheco | Vacated and Remanded |

**February 23, 2010**

| | | |
|---|---|---|
| 28770 | Fidelis Capital Group LLC v. Venture Out Properties LLC | Affirmed |
| 29347 | State v. Mita | Vacated and Remanded |
| 29211 | State v. Parks | Affirmed |

**February 24, 2010**

| | | |
|---|---|---|
| 29731 | State v. Huang | Vacated and Remanded |
| 29709 | State v. Roberts | Vacated and Remanded |
| 29708 | State v. Skochko | Vacated and Remanded |
| 29813 | State v. Thamdy | Vacated and Remanded |

**February 25, 2010**

| | | |
|---|---|---|
| 28206 | McElvaney v. Yo | Affirmed |
| 29812 | State v. Ebueng | Reversed |
| 29809 | State v. Gomes | Vacated and Remanded |